**JUNE 19, 1940**

No. 44022.— —Protest 6085–K(B) of Premier Peat Moss Corporation. Application by plaintiff for rehearing granted.

**JUNE 20, 1940**

No. 44023.— —Protest 935234–G of Hartley Stock Farm. C. D. 333. Application by Government for rehearing denied.

**JUNE 24, 1940**

No. 44024.— —Protests 833314–G, etc., of Alpha Lux Co., Inc., et al. Application by plaintiffs for rehearing granted.

**JUNE 19, 1940**

No. 44025.—Suit 4294. —*Bolinders Co. Inc.* v. *United States.* affirmed. C. A. D. 122.

**JUNE 20, 1940**

No. 44026.—Suit 4298.— —*Premier Dental Products Co.* v. *United States.* reversed. C. A. D. 123.

BEFORE THE FIRST DIVISION, JUNE 26, 1940

No. 44027.—Protest 975936–G of Iwai & Co., Ltd. (New York).

Opinion by TILSON, J. From the sample it was found that the merchandise falls squarely within the definition of translucent and that it is not transparent. On the record it was held dutiable at 40 cents per pound under paragraph 31 (b) (1) as claimed.

No. 44028.—Protest 975171–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was conceded that certain items were composed in chief value of wood and that certain other items were composed in chief value of shell. From the testimony it was found that they are not chiefly used for the amusement of children. The claims at 33⅓ percent under paragraph 412 and at 35 percent under paragraph 1538 were therefore sustained.

No. 44029.—Protest 986485–G of Anco Import Corp. (New York).

Opinion by TILSON, J. The record was held to clearly establish that the imitation semiprecious stones in question are faceted. The claim at 20 percent under paragraph 1528 was therefore sustained.